# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134917

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 134917
             COA: 278225
             Wayne CC: 88-013530

ERIC FERGUSON,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the August 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008            _____
                     Clerk

s0317